IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re: TRIAD GUARANTY INC.

| | |
|---|---|
| TRIAD GUARANTY INC., | Civ. No. 14-1464-GMS |
| Appellant, | Bankruptcy Case No. 13-11452 (MFW) |
| | AP No. 14-41 |
| v. | |
| TRIAD GUARANTY INSURANCE CORP., ET AL | |
| Appellee. | |

# ORDER

At Wilmington this 7th day of April, 2015, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 7);

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **May 6, 2015.**

2. Appellee's brief in opposition to the appeal is due on or before **June 4, 2015.**

3. Appellant's reply brief is due on or before **June 18, 2015.**

_____
United States District Judge